**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

In re:

Nathan L Miller

          Debtor.

SSN # XXX-XX-9629

CHAPTER 13
CASE NO. 5:18-bk-03813-RNO

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

TO: Attorney for the Debtor: Eric James Filer
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of SYNCHRONY BANK, for account # **XXXXXXXXXXXX8875**, in the amount of $1,238.28 docketed by the court on **November 20, 2018**, claim number 26.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   March 26, 2019

 

**Weinstein & Riley, P.S.**

/s/ Lisa Cancanon
Lisa Cancanon, PA# 323550
Attorney for SYNCHRONY BANK
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
Direct: 303-539-8600
Email: LisaC@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

In re:

Nathan L Miller

        Debtor.

CHAPTER 13
CASE NO. 5:18-bk-03813-RNO

SSN # XXX-XX-9629

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec.

1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 26

was electronically filed using the Court's ECF system which will send notification of such filing, or by

first class mail, postage pre-paid, on March 26, 2019 to the following parties:

Trustee via E-Filing
Robert P. Sheils, Jr
rsheils@sheilslaw.com

Debtors' Counsel via E-Filing
ERIC JAMES FILER
efiler@uslawcenter.com

U.S. Trustee via E-Filing
Asst. U.S. Trustee
ustpregion03.ha.ecf@usdoj.gov

Dated: March 26, 2019

/s/ Poonsri Wallace
Poonsri Wallace