**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br>Nathan L Miller<br>　　　　Debtor.<br><br>SSN # XXX-XX-9629 | CHAPTER 13<br>CASE NO. 5:18-bk-03813-RNO<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Eric James Filer
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of TD Bank USA, N.A., for account # **XXXXXXXXXXXX8875**, in the amount of $1,047.45 docketed by the court on **November 20, 2018**, claim number 27.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:　March 26, 2019

　　　　　　　　　　　　　　　　　　　　　　**Weinstein & Riley, P.S.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa Cancanon
　　　　　　　　　　　　　　　　　　　　　　Lisa Cancanon, PA# 323550
　　　　　　　　　　　　　　　　　　　　　　Attorney for TD Bank USA, N.A.
　　　　　　　　　　　　　　　　　　　　　　Weinstein & Riley, P.S.
　　　　　　　　　　　　　　　　　　　　　　11101 West 120th Avenue #280
　　　　　　　　　　　　　　　　　　　　　　Broomfield, CO 80021
　　　　　　　　　　　　　　　　　　　　　　Direct: 303-539-8600
　　　　　　　　　　　　　　　　　　　　　　Email: LisaC@w-legal.com

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

In re:
Nathan L Miller
        Debtor.

CHAPTER 13
CASE NO. 5:18-bk-03813-RNO

SSN # XXX-XX-9629

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 27 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on March 26, 2019 to the following parties:

| Trustee via E-Filing | Debtors' Counsel via E-Filing |
|---|---|
| Robert P. Sheils, Jr | ERIC JAMES FILER |
| rsheils@sheilslaw.com | efiler@uslawcenter.com |
| | |
| | U.S. Trustee via E-Filing |
| | Asst. U.S. Trustee |
| | ustpregion03.ha.ecf@usdoj.gov |

Dated: March 26, 2019

/s/ Poonsri Wallace
Poonsri Wallace