IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATHAN L MILLER,<br><br>    Debtors. | Chapter 13<br>Case No. 5:18-bk-03813-RNO |
| NATHAN L MILLER,<br><br>    Objector,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>    Claimant. | |

**NOTICE OF NO OPPOSITION TO DEBTOR'S OBJECTION
TO PROOF OF CLAIM NO. 26**

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that Synchrony Bank does not oppose the Debtor's Objection to Proof of Claim No. 26 of Synchrony Bank [Doc. 28] filed by Debtor, Nathan Miller, on March 1, 2019. On March 26, 2018, Synchrony Bank withdrew claim 26 from Nathan Miller's case.

Date: March 27, 2019

Attorney for Synchrony Bank

s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
PA #323550

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NATHAN L MILLER,<br><br>    Debtors. | Chapter 13<br>Case No. 5:18-bk-03813-RNO |
| NATHAN L MILLER,<br><br>    Objector,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>    Claimant. | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 27, 2019, I served a copy of the Notice Of No Opposition to Debtor's Objection to Proof Of Claim No. 26 on the following parties in this matter:

| *Name and Address* | *Mode of Service* |
|---|---|
| Debtor 1<br>Nathan L Miller<br>2026 Hunter Ln<br>Andreas, PA 18211-3171 | Regular First-Class Mail |
| Trustee<br>Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Regular First-Class Mail |
| Asst. U.S. Trustee<br>United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 | Regular First-Class Mail |
| Debtor's Counsel<br>Eric James Filer<br>811-1 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235 | Regular First-Class Mail |
| Synchrony Bank | Regular First-Class Mail |

| | |
|---|---|
| c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | |
| Raymond M. Kempinski<br>Attorney for Pacific Union Financial, LLC<br>123 South Broad Street, Suite 1400<br>Philadelphia, PA 19109 | Regular First-Class Mail |
| William E. Craig, Esquire<br>Morton & Craig, LLC<br>110 Marter Ave.<br>Suite 301<br>Moorestown, NJ 08057 | Regular First-Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>March 27, 2019</u>    s/ Lisa Cancanon
                               Weinstein & Riley, P.S.
                               11101 West 120th Avenue #280
                               Broomfield, CO 80021

3

Case 5:18-bk-03813-RNO    Doc 51    Filed 03/27/19    Entered 03/27/19 17:26:45    Desc
                          Main Document    Page 3 of 3