```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-03813-RNO
Nathan L Miller                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
```

District/off: 0314-5     User: REshelman        Page 1 of 1              Date Rcvd: Apr 03, 2019
                         Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
              Lyndsey Marie Kunkel,    341 E Union St,    Tamaqua, PA 18252-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
               ecf@uslawcenter.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Raymond M Kempinski    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>NATHAN L. MILLER<br>   **Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>   **Movant**<br><br>v.<br><br>NATHAN L. MILLER<br>  LYNDSEY M. KUNKEL<br>   **Respondent(s)**<br><br>CHARLES J. DEHART, III<br>   **Trustee** | Case No.: 5:18-03813 (RNO)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code §362(d) for relief from the automatic stay and §1301 for relief from the co-debtor stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) and the co-debtor stay of §1301 are vacated to permit the movant to pursue the movant's rights in the personal property described as a **2018 Dodge Journey** bearing vehicle identification number 3C4PDDAG5JT184684 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: April 2, 2019

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)