```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03813-RNO
Nathan L Miller                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Apr 04, 2019
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5121812         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2019 19:26:21
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
                                                                                                    TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
         Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
          ecf@uslawcenter.com
         Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
          ecf@uslawcenter.com
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
         Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
          ecfmail@ecf.courtdrive.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: NATHAN L MILLER | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 5:18-03813-RNO |

| | | |
|---|---|---|
| NATHAN L MILLER | : | |
| Debtor/Movant, | : | |
| vs. | : | Objection to Claim 6 |
| | : | |
| CAPITAL ONE BANK, N.A. | : | |
| Respondent | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Objection to Proof of Claim 6, and any response thereto, it is hereby ORDERED and DECREED that the Objection is SUSTAINED; it is further ORDERED that CAPITAL ONE BANK, N.A.'s proof of Claim, Claim 6, is disallowed in its entirety.

Dated: April 4, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)