```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 18-03813-RNO
Nathan L Miller                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: REshelman        Page 1 of 1           Date Rcvd: Apr 04, 2019
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
5129801        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
               ecf@uslawcenter.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Raymond M Kempinski    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: NATHAN L MILLER | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 5:18-03813-RNO |
| NATHAN L MILLER | : | |
| Debtor/Movant, | : | |
| vs. | : | Objection to Claim 12 |
| | : | |
| CAPITAL ONE, N.A. | : | |
| Respondent | : | |

### ORDER

AND NOW, upon consideration of the Debtor's Objection to Proof of Claim 12, and any response thereto, it is hereby ORDERED and DECREED that the Objection is SUSTAINED; it is further ORDERED that Capital One, N.A.'s proof of Claim, Claim 12, is disallowed in its entirety.

Dated: April 4, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)