```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03813-RNO
Nathan L Miller                                                     Chapter 13
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: May 13, 2019
                   Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
         Lyndsey M. Miller,    2026 Hunter Lane,    Andreas, PA 18211-3171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
         Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com, ecf@uslawcenter.com
         Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com, ecf@uslawcenter.com
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
         Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nathan L. Miller aka Nathan Miller<br>                         Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>                         Movant<br>                      v.<br>Nathan L. Miller aka Nathan Miller<br>                         Debtor | NO. 18-03813 RNO |
| Lyndsey M. Miller aka Lyndsey Marie Kunkel aka Lyndsey Marie Miller aka Lyndsey Miller<br>                         Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III Esq.<br>                         Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 3219 Summer Valley Road, New Ringgold, PA 17960 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: May 13, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (PAR)