```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03813-RNO
Nathan L Miller                                                     Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: MMchugh              Page 1 of 1              Date Rcvd: May 15, 2019
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5168652        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 19:46:19
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
               ecf@uslawcenter.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: NATHAN L MILLER | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 5:18-03813-RNO |

| | | |
|---|---|---|
| NATHAN L MILLER | : | |
| Debtor/Movant, | : | |
| vs. | : | Objection to Claims 11, 18, & 20 |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | |
| Respondent | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Amended Omnibus Objection to Proof of Claims 11, 18, & 20, and any response thereto, it is hereby ORDERED and DECREED that the Objection is SUSTAINED; it is further ORDERED that Portfolio Recovery Associates, LLC's proof of Claims, Claims 11, 18, & 20, are disallowed in their entirety.

Dated: May 15, 2019

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)