# LOCAL BANKRUPTCY FORM 3015-3(b)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

|  |  |
|---|---|
|  | :    **CHAPTER** \_\_\_\_ |
|  | : |
|  | :    **CASE NO.** \_\_-\_\_\_-bk-_____ |
|  | : |
|  | : |
| **Debtor(s)** | : |

## CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATION(S)

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the trustee to provide written notice to the holder of the claim and to the applicable state child support enforcement agency. In order for the trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Person Entitled to Receive Domestic Support ("Recipient"):

   Claim Holder _____
                           Last Name                        First                      Middle Initial

2. Address of Domestic Support Recipient:

   Claim Holder _____
                            Street                                  City
               _____
                            County                     State                    Zip

3. Telephone Number of Domestic Support Recipient:

   Claim Holder _____
                     (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

   _____
   Name of Court
   _____
   Address of Court
   _____
   Docket Number                                           PACSES Number

The undersigned hereby certifies that the foregoing statements are true and correct under penalty of perjury.

DATED: _____         BY: _____
                                                                                  Debtor