IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: NATHAN MILLER | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 5-18-03813-RNO |

**PRAECIPE TO WITHDRAW APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

To the Clerk of the Bankruptcy Court:

Kindly withdraw the APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES filed on August 20, 2019, at Docket Entry No. 83. Said application was filed in error.

**WILLIAM G. SCHWAB & ASSOCIATES:**

Date: August 20, 2019     BY:     /s/ Eric James Filer
ERIC JAMES FILER, ESQUIRE
Attorney ID # 316314
811-1 Blakeslee Blvd Drive East
P.O. Box 56, Lehighton, PA 18235
(610) 377-5200; (610) 377-5209 (FAX)
efiler@uslawcenter.com