```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03813-RNO
Nathan L Miller                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 1         Date Rcvd: Sep 17, 2020
                     Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db          #Nathan L Miller,    2026 Hunter Ln,    Andreas, PA 18211-3171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
      Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
        ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
      Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
        ecfmail@ecf.courtdrive.com
      Ann E. Swartz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
        ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
        ecf@uslawcenter.com
      Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
        ecf@uslawcenter.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
        bkgroup@kmllawgroup.com
      Lisa Cancanon    on behalf of Creditor    TD Bank USA, N.A. lisac@w-legal.com,
        Llombardi06@law.du.edu
      Lisa Cancanon    on behalf of Creditor    SYNCHRONY BANK lisac@w-legal.com,   Llombardi06@law.du.edu
      Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
        ecfmail@ecf.courtdrive.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
        ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                        TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: NATHAN L. MILLER | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 5-18-bk-03813 |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Covert Chapter 13 Case to Chapter 7, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**; it is further **ORDERED** that the above captioned case is to be converted from a case under Chapter 13 of the U.S. Bankruptcy Code to a case under Chapter 7.

Dated: September 17, 2020

By the Court,

_Robt N. Opel II_

Robert N. Opel, II, Bankruptcy Judge (DG)