UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Nathan L. Miller | : | CHAPTER 7 |
| Debtor, | : | Case No. 5-18-03813 |

## TRUSTEE'S REJECTMENT OF CASE

I, WILLIAM G. SCHWAB, hereby reject the Appointment as Trustee in the above case.

Dated: 9-21-20

_____
WILLIAM G. SCHWAB, TRUSTEE

**REASON FOR REJECTMENT**: The Trustee's law firm represents the Debtor.