```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 18-03813-RNO
Nathan L Miller                                                         Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 3                  Date Rcvd: Sep 25, 2020
                              Form ID: 309A                Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db             #Nathan L Miller,    2026 Hunter Ln,    Andreas, PA 18211-3171
aty            +Alexandra Teresa Garcia,    McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,
                 Suite 1400,    Philadelphia, PA 19109-1060
aty            +Ann E. Swartz,    McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +Lisa Cancanon,    11101 West 120th Avenue #280,    Broomfield, CO 80021-2756
aty            +Raymond M Kempinski,    McCabe, Weisberg & Conway,    123 S. Broad Street,    Suite 1400,
                 Philadelphia, PA 19109-1060
aty            +William E. Craig,    Morton & Craig LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
tr             +Robert P. Sheils, Jr (Trustee),    Sheils Law Associates, PC,    108 North Abington Road,
                 Clarks Summit, PA 18411-2505
5106241         Blaze M. Flyzik,    112 Center Ave,    Jim Thorpe, PA 18229-1204
5106244        ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Cbna,     50 NW Point Blvd,    Elk Grove Village, IL 60007-1032)
5106250         Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
5106251         Kay Jewelers/Genesis,    15220 NW Greenbrier Pkwy Ste,    Beaverton, OR 97006-5744
5106239         Miller Lyndsey M,    3219 Summer Valley Rd,    New Ringgold, PA 17960-9373
5106238         Miller Nathan L,    3219 Summer Valley Rd,    New Ringgold, PA 17960-9373
5187738        +Nationstar Mortgage LLC d/b/a/ Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
5187739        +Nationstar Mortgage LLC d/b/a/ Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9741,
                 Nationstar Mortgage LLC d/b/a/ Mr. Coope,    P.O. Box 619094,    Dallas, TX 75261-9094
5106256         Pacific Union Financia,    1603 Lyndon B Johnson Fwy Ste 500,    Farmers Branch, TX 75234-6071
5127916        +Pacific Union Financial, LLC,    1603 LBJ Freeway, STE 500,    Farmers Branch, TX 75234-6071
5106257         Rhonda Hope,    804 E Broad St,    Tamaqua, PA 18252-2211
5106267         Wells Fargo Bank,    Credit,    Bureau DISPUTE,    Des Moines, IA 50306
5106240         William G Schwab & Associates,    811 Blakeslee Boulevard Dr E,    Lehighton, PA 18235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: efiler@uslawcenter.com Sep 25 2020 17:00:54      Eric James Filer,
                 811-1 Blakeslee Blvd Drive East,    PO Box 56,    Lehighton, PA 18235
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 25 2020 17:01:09     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr             +EDI: PRA.COM Sep 25 2020 20:58:00      PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
cr             +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr             +EDI: CHRM.COM Sep 25 2020 20:58:00      Santander Consumer USA Inc., d/b/a Chrysler Capita,
                 P.O. Box 961275,    Fort Worth, TX 76161-0275
cr             +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12      TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr             +EDI: WFFC.COM Sep 25 2020 20:58:00      Wells Fargo Bank, N.A.,    POC Box 10438,
                 Des Moines, IA 50306-0438
5106242         EDI: CAPITALONE.COM Sep 25 2020 20:58:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
5106243         EDI: CAPITALONE.COM Sep 25 2020 20:58:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
5121812         EDI: CAPITALONE.COM Sep 25 2020 20:58:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
5129801         EDI: BL-BECKET.COM Sep 25 2020 20:58:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
5106245         EDI: CHRM.COM Sep 25 2020 20:58:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
5133074        +EDI: CITICORP.COM Sep 25 2020 20:58:00      Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
5106246         EDI: WFNNB.COM Sep 25 2020 20:58:00      Comenity Bank/Buckle,    PO Box 182789,
                 Columbus, OH 43218-2789
5106247         EDI: WFNNB.COM Sep 25 2020 20:58:00      Comenitybank/victoria,    PO Box 182789,
                 Columbus, OH 43218-2789
5106248         EDI: WFNNB.COM Sep 25 2020 20:58:00      Comenitycb/ulta,    PO Box 182120,
                 Columbus, OH 43218-2120
5109202         EDI: DISCOVER.COM Sep 25 2020 20:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
5106249         EDI: DISCOVER.COM Sep 25 2020 20:58:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
5106252         E-mail/Text: PBNCNotifications@peritusservices.com Sep 25 2020 17:00:59      Kohls/capone,
                 PO Box 3115,    Milwaukee, WI 53201-3115
5113624         EDI: AGFINANCE.COM Sep 25 2020 20:58:00      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5106253         EDI: AGFINANCE.COM Sep 25 2020 20:58:00      Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
5106254         E-mail/Text: blegal@phfa.org Sep 25 2020 17:01:10      PA Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5106255        +E-mail/Text: bankruptcynotices@psecu.com Sep 25 2020 17:01:17      PA Sta Empcu,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
5168652         EDI: PRA.COM Sep 25 2020 20:58:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
5168653         EDI: PRA.COM Sep 25 2020 20:58:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
5129341         EDI: PRA.COM Sep 25 2020 20:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
5107916        +EDI: PRA.COM Sep 25 2020 20:58:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
5125134        +E-mail/Text: bankruptcynotices@psecu.com Sep 25 2020 17:01:18      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5112350        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2020 17:01:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5130241         EDI: Q3G.COM Sep 25 2020 20:58:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
5130242         EDI: Q3G.COM Sep 25 2020 20:58:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
5132797        +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
5106258         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/Care Credit,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
5106261         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
5106264         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
5106259         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/carecr,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
5106260         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/lowes,   PO Box 965005,   Orlando, FL 32896-5005
5106262         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/paypal Extras Mc,   PO Box 965005,
                 Orlando, FL 32896-5005
5106263         EDI: RMSC.COM Sep 25 2020 20:58:00      Syncb/toysrus,   PO Box 965005,
                 Orlando, FL 32896-5005
5132798        +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
5106265         EDI: WTRRNBANK.COM Sep 25 2020 20:58:00      Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN 55440-0673
5132038        +EDI: BASSASSOC.COM Sep 25 2020 20:58:00      United Consumer Financial Services,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
5106266        +E-mail/Text: EBankruptcy@UCFS.NET Sep 25 2020 17:01:22      United Consumer Finl S,
                 865 Bassett Rd,    Westlake, OH 44145-1194
5129282         EDI: AIS.COM Sep 25 2020 20:58:00      Verizon,   by American InfoSource as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
5126552         EDI: WFFC.COM Sep 25 2020 20:58:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 45

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                   Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2020 at the address(es) listed below:

```
Alexandra Teresa Garcia    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
   ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
Ann E. Swartz    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
   ecfmail@ecf.courtdrive.com
Ann E. Swartz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
   ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
   ecf@uslawcenter.com
Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
   ecf@uslawcenter.com
James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
   bkgroup@kmllawgroup.com
Lisa  Cancanon    on behalf of Creditor   TD Bank USA, N.A. lisac@w-legal.com,
   Llombardi06@law.du.edu
Lisa  Cancanon    on behalf of Creditor   SYNCHRONY BANK lisac@w-legal.com,  Llombardi06@law.du.edu
Raymond M Kempinski    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
   ecfmail@ecf.courtdrive.com
Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
   PA41@ecfcbis.com;psheldon@sheilslaw.com;jspott@sheilslaw.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
   ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                TOTAL: 12
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Nathan L Miller<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9629<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13  9/13/18 |
| Case number: | 5:18–bk–03813–RNO | Date case converted to chapter: | 7  9/17/20 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nathan L Miller | |
| 2. | **All other names used in the last 8 years** | aka Nathan Miller | |
| 3. | **Address** | 2026 Hunter Ln<br>Andreas, PA 18211–3171 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric James Filer<br>811–1 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235 | Contact phone 610–377–5200<br>Email: efiler@uslawcenter.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert P. Sheils, Jr (Trustee)<br>Sheils Law Associates, PC<br>108 North Abington Road<br>Clarks Summit, PA 18411 | Contact phone 570 587–2600<br>Email: rsheils@sheilslaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 9/25/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 30, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*Valid photo identification and proof of social security number are required* | Location:<br><br>**341 meeting will be held telephonically, refer to the call–in instructions.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/29/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 5:18-bk-03813-RNO    Doc 99    Filed 09/27/20    Entered 09/28/20 07:59:38    Desc
Imaged Certificate of Notice     Page 5 of 5