```
                                   United States Bankruptcy Court
                                   Middle District of Pennsylvania
In re:                                                                         Case No. 18-03813-RNO
Nathan L Miller                                                                Chapter 7
         Debtor                           CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke                  Page 1 of 3              Date Rcvd: Sep 25, 2020
                              Form ID: nttterej                Total Noticed: 57
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
```
db               #Nathan L Miller,    2026 Hunter Ln,    Andreas, PA 18211-3171
cr              +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
                   Fort Worth, TX 76161-0275
cr              +Wells Fargo Bank, N.A.,    POC Box 10438,    Des Moines, IA 50306-0438
5106241          Blaze M. Flyzik,    112 Center Ave,    Jim Thorpe, PA 18229-1204
5106244         ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                   (address filed with court: Cbna,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032)
5129801          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5106245          Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
5133074         +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5106250          Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
5106251          Kay Jewelers/Genesis,    15220 NW Greenbrier Pkwy Ste,    Beaverton, OR 97006-5744
5106239          Miller Lyndsey M,    3219 Summer Valley Rd,    New Ringgold, PA 17960-9373
5106238          Miller Nathan L,    3219 Summer Valley Rd,    New Ringgold, PA 17960-9373
5187738         +Nationstar Mortgage LLC d/b/a/ Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
5187739         +Nationstar Mortgage LLC d/b/a/ Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9741,
                   Nationstar Mortgage LLC d/b/a/ Mr. Coope,    P.O. Box 619094,    Dallas, TX 75261-9094
5106256          Pacific Union Financia,    1603 Lyndon B Johnson Fwy Ste 500,    Farmers Branch, TX 75234-6071
5127916         +Pacific Union Financial, LLC,    1603 LBJ Freeway, STE 500,    Farmers Branch, TX 75234-6071
5106257          Rhonda Hope,    804 E Broad St,    Tamaqua, PA 18252-2211
5106265          Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
5106267          Wells Fargo Bank,    Credit,    Bureau DISPUTE,    Des Moines, IA 50306
5126552          Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                   Des Moines, IA 50306-0438
5106240          William G Schwab & Associates,    811 Blakeslee Boulevard Dr E,    Lehighton, PA 18235
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 17:09:26
                   PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12     SYNCHRONY BANK,
                   c/o Weinstein & Riley, P.S,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr              +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12     TD Bank USA, N.A.,
                   c/o Weinstein & Riley, P.S,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
5106242          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 17:09:27     Capital One,
                   15000 Capital One Dr,    Richmond, VA 23238-1119
5106243          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 17:09:38     Capital One,
                   PO Box 30253,    Salt Lake City, UT 84130-0253
5121812          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2020 17:09:15
                   Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5106246          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2020 17:01:03     Comenity Bank/Buckle,
                   PO Box 182789,    Columbus, OH 43218-2789
5106247          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2020 17:01:03     Comenitybank/victoria,
                   PO Box 182789,    Columbus, OH 43218-2789
5106248          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 25 2020 17:01:03     Comenitycb/ulta,
                   PO Box 182120,    Columbus, OH 43218-2120
5109202          E-mail/Text: mrdiscen@discover.com Sep 25 2020 17:00:58     Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5106249          E-mail/Text: mrdiscen@discover.com Sep 25 2020 17:00:58     Discover Fin Svcs LLC,
                   PO Box 15316,    Wilmington, DE 19850-5316
5106252          E-mail/Text: PBNCNotifications@peritusservices.com Sep 25 2020 17:00:59     Kohls/capone,
                   PO Box 3115,    Milwaukee, WI 53201-3115
5113624          E-mail/PDF: cbp@onemainfinancial.com Sep 25 2020 17:09:14     ONEMAIN,    P.O. BOX 3251,
                   EVANSVILLE, IN 47731-3251
5106253          E-mail/PDF: cbp@onemainfinancial.com Sep 25 2020 17:09:38     Onemain,    PO Box 1010,
                   Evansville, IN 47706-1010
5106254          E-mail/Text: blegal@phfa.org Sep 25 2020 17:01:09     PA Housing Finance Age,    211 N Front St,
                   Harrisburg, PA 17101-1406
5106255         +E-mail/Text: bankruptcynotices@psecu.com Sep 25 2020 17:01:17     PA Sta Empcu,
                   1500 Elmerton Ave,    Harrisburg, PA 17110-2990
5168652          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 17:09:15
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
5168653          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 17:09:37
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
5129341          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 17:09:15
                   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5107916         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 25 2020 17:09:26
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5125134         +E-mail/Text: bankruptcynotices@psecu.com Sep 25 2020 17:01:17     PSECU,    PO BOX 67013,
                   HARRISBURG, PA 17106-7013
5112350         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2020 17:01:07
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5130241      E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2020 17:01:06
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5130242      E-mail/Text: bnc-quantum@quantum3group.com Sep 25 2020 17:01:06
             Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
             Kirkland, WA  98083-0788
5132797     +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12      SYNCHRONY BANK,
             c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5106258      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:35       Syncb/Care Credit,
             950 Forrer Blvd,    Kettering, OH  45420-1469
5106261      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:24       Syncb/Old Navy,    PO Box 965005,
             Orlando, FL  32896-5005
5106264      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:34       Syncb/Walmart,    PO Box 965024,
             Orlando, FL  32896-5024
5106259      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:34       Syncb/carecr,    950 Forrer Blvd,
             Kettering, OH  45420-1469
5106260      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:13       Syncb/lowes,    PO Box 965005,
             Orlando, FL  32896-5005
5106262      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:34       Syncb/paypal Extras Mc,
             PO Box 965005,    Orlando, FL  32896-5005
5106263      E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2020 17:09:24       Syncb/toysrus,    PO Box 965005,
             Orlando, FL  32896-5005
5132798     +E-mail/Text: bncmail@w-legal.com Sep 25 2020 17:01:12      TD Bank USA, N.A.,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5132038     +E-mail/Text: bnc@bass-associates.com Sep 25 2020 17:00:56
             United Consumer Financial Services,    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
5106266     +E-mail/Text: EBankruptcy@UCFS.NET Sep 25 2020 17:01:22       United Consumer Finl S,
             865 Bassett Rd,    Westlake, OH 44145-1194
5129282      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2020 17:09:39       Verizon,
             by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Eric James Filer    on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com,
               ecf@uslawcenter.com
              Eric James Filer    on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com,
               ecf@uslawcenter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Lisa  Cancanon    on behalf of Creditor   TD Bank USA, N.A. lisac@w-legal.com,
           Llombardi06@law.du.edu
          Lisa  Cancanon    on behalf of Creditor   SYNCHRONY BANK lisac@w-legal.com,  Llombardi06@law.du.edu
          Raymond M Kempinski    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
           PA41@ecfcbis.com;psheldon@sheilslaw.com;jspott@sheilslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Nathan L Miller,<br>aka Nathan Miller, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:18–bk–03813–RNO |

## Notice

You may have previously received a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. Please disregard the previously received notice due to the Appointed Trustee having rejected the appointment to the case.

Robert P. Sheils, Jr (Trustee) has been appointed as the successor Trustee and a new Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines is attached hereto.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 25, 2020 |

nttterej(05/18)