IN THE UNITED STATES OF BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVAINIA

WILKES-BARRE DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **NATHAN L. MILLER,** | : | |
| **Debtor.** | : | **Case No 5:18-bk-03813** |
| | : | |

REQUEST OF LYNDSEY M. KUNKEL

FOR SERVICE OF NOTICES PURSUANT TO FED.R.BAKER.P. 2002(g)

PLEASE TAKE NOTICE that the Law office of Adam R. Weaver, as counsel for LYNDSEY M.

KUNKEL, a party in interest in the above-captioned chapter 7 case, requests, pursuant to Rules

2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and

sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101,et

seq.(as amended, the Bankruptcy Code), that all notices given or required to be given and all

papers served or required to be served in this case be also give to and served whether

electronically or otherwise on:

> Law Office of Adam R. Weaver
> 1407 Blakeslee Blvd Drive East,
> Lehighton, PA 18235
> (570) 818-4888
> (570) 818-4889 (fax)
> attyweaver@icloud.com

Law office of Adam R. Weaver, Esq.:

Date: October 14, 2020

By: _/s/Adam R. Weaver_____
Adam R. Weaver Esq.
1407 Blakeslee Blvd. Drive East,
Lehighton, PA 18235
(570)818-4888