United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Nathan L Miller  
Lyndsey M. Miller  
    Debtor(s)

Case No. 18-03813-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 4  
Date Rcvd: Jan 08, 2021    Form ID: 318JO1    Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Nathan L Miller, 2026 Hunter Ln, Andreas, PA 18211-3171 |
| jdb | # | Lyndsey M. Miller, 3219 Summer Valley Rd, New Ringgold, PA 17960-9373 |
| 5106241 | | Blaze M. Flyzik, 112 Center Ave, Jim Thorpe, PA 18229-1204 |
| 5106250 | | Fin Recovery, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 5106251 | | Kay Jewelers/Genesis, 15220 NW Greenbrier Pkwy Ste, Beaverton, OR 97006-5744 |
| 5365708 | + | Lyndsey M. Kunkel, 503 E. Elm St., Tamaqua, PA 18252-1609 |
| 5106239 | | Miller Lyndsey M, 3219 Summer Valley Rd, New Ringgold, PA 17960-9373 |
| 5106238 | | Miller Nathan L, 3219 Summer Valley Rd, New Ringgold, PA 17960-9373 |
| 5187738 | + | Nationstar Mortgage LLC d/b/a/ Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5187739 | + | Nationstar Mortgage LLC d/b/a/ Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a/ Mr. Coope, P.O. Box 619094 Dallas, TX 75261-9094 |
| 5106256 | | Pacific Union Financia, 1603 Lyndon B Johnson Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 5127916 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway, STE 500, Farmers Branch, TX 75234-6071 |
| 5106257 | | Rhonda Hope, 804 E Broad St, Tamaqua, PA 18252-2211 |
| 5106267 | | Wells Fargo Bank, Credit, Bureau DISPUTE, Des Moines, IA 50306 |
| 5106240 | | William G Schwab & Associates, 811 Blakeslee Boulevard Dr E, Lehighton, PA 18235 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 08 2021 23:58:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 08 2021 19:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | EDI: CHRM.COM | Jan 08 2021 23:58:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 08 2021 19:10:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S, 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| cr | + | EDI: WFFC.COM | Jan 08 2021 23:58:00 | Wells Fargo Bank, N.A., POC Box 10438, Des Moines, IA 50306-0438 |
| 5106242 | | EDI: CAPITALONE.COM | Jan 08 2021 23:58:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5106244 | | EDI: CITICORP.COM | Jan 08 2021 23:58:00 | Cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 5106243 | | EDI: CAPITALONE.COM | Jan 08 2021 23:58:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5121812 | | EDI: CAPITALONE.COM | Jan 08 2021 23:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5129801 | | EDI: BL-BECKET.COM | Jan 08 2021 23:58:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5106245 | | EDI: CHRM.COM | Jan 08 2021 23:58:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 5133074 | + | EDI: CITICORP.COM | Jan 08 2021 23:58:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5106246 | | EDI: WFNNB.COM | Jan 08 2021 23:58:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 5106247 | | EDI: WFNNB.COM | Jan 08 2021 23:58:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5106248 | | EDI: WFNNB.COM | Jan 08 2021 23:58:00 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5109202 | | EDI: DISCOVER.COM | Jan 08 2021 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5106249 | | EDI: DISCOVER.COM | Jan 08 2021 23:58:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5106252 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 08 2021 19:09:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5113624 | | EDI: AGFINANCE.COM | Jan 08 2021 23:58:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5106253 | | EDI: AGFINANCE.COM | Jan 08 2021 23:58:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5106254 | | Email/Text: blegal@phfa.org | Jan 08 2021 19:10:00 | PA Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 5106255 | + | Email/Text: bankruptcynotices@psecu.com | Jan 08 2021 19:10:00 | PA Sta Empcu, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 5168652 | | EDI: PRA.COM | Jan 08 2021 23:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5168653 | | EDI: PRA.COM | Jan 08 2021 23:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5129341 | | EDI: PRA.COM | Jan 08 2021 23:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5107916 | + | EDI: PRA.COM | Jan 08 2021 23:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5125134 | + | Email/Text: bankruptcynotices@psecu.com | Jan 08 2021 19:10:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5112350 | + | EDI: PENNDEPTREV | Jan 08 2021 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5112350 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2021 19:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5130241 | | EDI: Q3G.COM | Jan 08 2021 23:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5130242 | | EDI: Q3G.COM | Jan 08 2021 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5132797 | + | Email/Text: bncmail@w-legal.com | Jan 08 2021 19:10:00 | SYNCHRONY BANK, c/o Weinstein & Riley, |

| Recip ID | Bypass/EDI | Date/Time | Name and Address |
|---|---|---|---|
| | | | PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5106258 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5106261 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 5106264 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5106259 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/carecr, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5106260 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5106262 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 5106263 | EDI: RMSC.COM | Jan 08 2021 23:58:00 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 5132798 | + Email/Text: bncmail@w-legal.com | Jan 08 2021 19:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5106265 | EDI: WTRRNBANK.COM | Jan 08 2021 23:58:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5132038 | + EDI: BASSASSOC.COM | Jan 08 2021 23:58:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 5106266 | + Email/Text: EBankruptcy@UCFS.NET | Jan 08 2021 19:10:00 | United Consumer Finl S, 865 Bassett Rd, Westlake, OH 44145-1194 |
| 5129282 | EDI: AIS.COM | Jan 08 2021 23:58:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5126552 | EDI: WFFC.COM | Jan 08 2021 23:58:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lyndsey M. Kunkel, 503 E. Elm St., Tamaqua, PA 18252-1609 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam R Weaver | on behalf of Creditor Lyndsey M. Kunkel AttyWeaver@icloud.com |
| Alexandra Teresa Garcia | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Eric James Filer | on behalf of Debtor 1 Lyndsey Marie Kunkel efiler@uslawcenter.com  ecf@uslawcenter.com |
| Eric James Filer | on behalf of Debtor 1 Nathan L Miller efiler@uslawcenter.com  ecf@uslawcenter.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor TD Bank USA  N.A. lisac@w-legal.com, Llombardi06@law.du.edu |
| Lisa Cancanon | on behalf of Creditor SYNCHRONY BANK lisac@w-legal.com  Llombardi06@law.du.edu |
| Raymond M Kempinski | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Robert P. Sheils, Jr (Trustee) | rsheils@sheilslaw.com  PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** Nathan L Miller<br>First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–9629 |
| | EIN | _ _–_ _ _ _ _ _ _ |
| **Debtor 2** Lyndsey M. Miller<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–3623 |
| | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:18–bk–03813–RNO | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nathan L Miller
aka Nathan Miller

**By the court:**

1/8/21

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| Official Form 318 | **Order of Discharge** | page 1 |
|---|---|---|

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2